■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK STONE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Allegany County Court, Feeman, J.—criminal facilitation, second degree.) Present—Callahan, J. P., Denman, Green, Pine and Balio, JJ.